March 29, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

SHELTON R. MODELIST, Appellant

NO. 14-11-01036-CV          V.

JOSEPH DIXON AND WANDA DIXON D/B/A DIXON CONCRETE
CONTRACTORS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 30, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by SHELTON R. MODELIST.

We further order this decision certified below for observance.